UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
   ALFONSO MENDEZ PESANT  
   BELKIS SURIS MALLO

CASE NO. : 9101521-E

DEBTORS

CHAPTER 13

RECEIVED AND FILED

## AMENDED

TRUSTEE REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

   COMES Ramon F. Lopez, Trustee and reports:

1. This case is closed. Checks were issued by the undersigned and the required time has elapsed for the cancelation of the same.

2. To date, the account of this state reflects that the sum(s) hereinafter detailed is (are) still on deposit representing unclaimed money due to the following creditors:

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| HEMCO ELECTRIC<br>GPO BOX 1888<br>SAN JUAN, PR<br>00936 | 1056000 | $ 2,622.00 |

   WHEREFORE, the Trustee tenders check(s) in the sum of $ 2,622.00 payable to the Clerk, U.S. Bankruptcy Court, after which check(s) the debtor's account will be reduced to $0.00.

## CERTIFICATE OF SERVICE

I CERTIFY that on this same date I have mailed a true copy of this motion to:

ALFONSO MENDEZ PESANT
BELKIS SURIS MALLO
CALLE 14 E-26
5TA DE CUPEY
RIO PIEDRAS PR
        00926

JUAN G. CASASNOVAS LUIGGI

STE 608 COND LE MANS
602 AVE MUNOZ RIVERA
SAN JUAN PR 6
        00918-3626

HEMCO ELECTRIC
GPO BOX 1888
SAN JUAN, PR

        00936

DATE: JUL 28 2000

Ramon F. Lopez, Trustee
PO BOX 70370
San Juan, P.R. 00936-8370
(787) 977-3500 * FAX 977-3521